AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ERICA ROMERO

**WARRANT FOR ARREST**

CASE NUMBER: 05- 76 M-2



To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ERICA ROMERO when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring her to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

**charging her with** (brief description of offense)

with intent to defraud, passing, uttering, and keeping in her possession counterfeited obligations of the United States, e.g., counterfeit $100 Federal Reserve notes,

in violation of Title __18__ United States Code, Section(s) __472.__

Honorable Mary Pat Thynge
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ _____

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 18, 2005    Wilmington, DE
Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ERICA ROMERO | | |
| DATE RECEIVED 4-18-05 | NAME AND TITLE OF ARRESTING OFFICER for William David Dush | SIGNATURE OF ARRESTING OFFICER William _____ |
| DATE OF ARREST 4-18-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest