UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>Erica Romero<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  CASE NO. CR 05-37-2<br>)<br>)<br>)<br>)<br>) |

### ORDER

The defendant, upon entering a plea of not guilty to the Indictment on April 27, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until June 7, 2005. The time between the date of this order and June 7, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                           /s/ Mary Pat Thynge
                                Honorable Mary Pat Thynge
                                U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
Apr 27  11 52 AM '05
CLERK
U.S. DISTRICT COURT
DISTRICT OF DELAWARE