IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-37-02 JJF |
| ERICA ROMERO, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on July 14, 2005, the Court held a scheduling conference;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Status Conference will be held on **Tuesday, September 13, 2005, at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and September 13, 2005 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

July 28, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE