PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:05CR00037-002 (JJF) |
| Erica Romero | ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW ANGELICA LOPEZ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erica Romero who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Delaware, on the 17th day of August, 2005 under the following conditions:

(7)(a) Report to the Pretrial Services office as directed by that agency, (e) maintain or actively seek employment, (g) surrender any passport to Clerk of the District Court, (h) obtain no passport, (I) abide by the following restrictions on personal association, place of abode, or travel: No travel outside the state of New Jersey unless authorized by Pretrial Services, (p) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C., Section 802, unless prescribed by a licensed medical practitioner, (q) submit to any method of testing required by the pretrial services office or the supervision officer for determining whether the defendant is using a prohibited substance. (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Condition 7 (a): The defendant shall report to Pretrial Services as required by that agency.
**Evidence A:** Ms. Romero failed to report for scheduled office visits on April 26, 2005, May 11, 2005, June 1, 2005, June 22, 2005, June 27, 2005, June 29, 2005, July 20, 2005, July 22, 2005, August 5, 2005, August 8, 2005, and August 12, 2005.
Condition 7q: Submit to any method of drug testing.
**Evidence A:** Ms. Romero tested positive for marijuana and cocaine on the following dates: June 20, 2005, May 4, 2005, and June 2, 2005.

**PRAYING THAT THE COURT WILL ORDER...** a warrant for the arrest of Erica Romero, so she may be brought before the Court for a hearing on the alleged violations of her pretrial release conditions.

ORDER OF COURT

So ordered this 22 day of August, 2005.

_____
U.S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on    August 17, 2005

Place          Wilmington, Delaware