AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

RECEIVED

2005 AUG 22  P 2: 30

U.S. MARSHALS SERVICE
WILMINGTON, DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | WARRANT FOR ARREST |
| ERICA ROMERO | Case Number: 1:05CR00037-002-JJF |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest     ERICA ROMERO
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
VIOLATION OF PRETRIAL RELEASE CONDITIONS

in violation of Title _____ United States Code, Section(s) _____

Peter T. Dalleo                                                 Anita f. Bolton  Deputy Clerk
Name of Issuing Officer                                  Signature of Issuing Officer

Clerk, United States District Court                 August 22, 2005 in Wilmington, DE
Title of Issuing Officer                                      Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

ERICA Romero

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-22-05 | William David Dosen | William Dosen |
| DATE OF ARREST | | |
| 2-21-06 | | |