MAGISTRATE'S CRIMINAL MINUTES  
REMOVALS (RULE 40)

FILED IN OPEN COURT  
DATE: 2/22/06 @ 12:15  
TAPE: LTW: 06-01 @ 1286  
TIME: ____ Hrs. 20 Mins.

**REDACTED**

MAGISTRATE _Linda T. Walker_ PRESIDING _Sonya Ciggins_ DEPUTY CLERK

CASE NUMBER _1:06-MJ-235_  
AUSA _Candiss Howard_  
USPO _Steve Dorman_  

DEFENDANT'S NAME _Erica Romero_  
DEFENDANT'S ATTY _Regina Stephenson_  
Type Counsel (circle)   Retained   CJA   FDP

✓ Initial appearance hearing held.  
✓ Defendant informed of rights.  
✓ ORDER appointing Federal Defender Program attorney for defendant.  
___ ORDER appointing _____ attorney for defendant.  
___ ORDER defendant shall pay attorney's fees as follows: _____

✓ Defendant WAIVES removal hearing (as to IDENTITY only). WAIVER FILED.  
___ Defendant WAIVES preliminary hearing (___ In this district only). WAIVER FILED.  
___ Removal hearing set/reset/cont to _____ @ _____.  
___ Removal hearing HELD.  
___ Order finding Probable Cause. Defendant held to District Court for removal to other district.  
___ Order defendant identified as named defendant in indictment/complaint. Defendant held to be removed to other district.  
✓ Order defendant removed to other district. Commitment issued _2/22/06_  
___ Miscellaneous: _____

**BOND/PRETRIAL DETENTION HEARING**

___ Government Motion for DETENTION filed.  
___ Bond/Pretrial DETENTION hearing held.  
___ Pretrial detention hearing set for _____. (___ In charging district)  
___ (___ VERBAL) Motion to reduce bond GRANTED.  
___ (___ VERBAL) Motion to reduce bond DENIED.  
___ Pretrial DETENTION ORDERED. (Written order to follow _____).  
___ BOND SET at $_____  
   ___ NON-SURETY  
   ___ SURETY/CASH: ___ Property Acceptable: ___ Corporate Surety Only  
   ___ Combination: _____  
___ SPECIAL CONDITIONS: _____  
___ BOND FILED. Defendant RELEASED.  
___ BOND NOT EXECUTED. DEFENDANT TO REMAIN IN MARSHAL'S CUSTODY.

FILED  
MAR 1 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 2 2006

LUTHER D. THOMAS, Clerk
By: *(signature)*
Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERICA ROMERO,

    Defendant.

CASE NO. 1:06-MJ-235

## ORDER APPOINTING COUNSEL

REGINA STEPHENSON

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 22ND day of February, 2006.

*(signature: Linda T. Walker)*

UNITED STATES MAGISTRATE JUDGE

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 2 2 2006

__NORTHERN__ DISTRICT OF __GEORGIA__

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

V.

CASE NUMBER: 1:06-mj-235

__ERICA ROMERO__
Defendant

CHARGING DISTRICTS
CASE NUMBER: 1:05CR00037-002-JJF

I understand that charges are pending in the __DELAWARE__ District of __WILMINGTON__ alleging violation of __SUPERVISED RELEASE__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

2/22/06
Date

_____
Defense Counsel

AO 94 (Rev. 12/03) Commitment to Another District

## UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

UNITED STATES OF AMERICA
V.
ERICA ROMERO

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 1:05CR00037-002-JJF | DELAWARE | 1:06-MJ-235 | NDGa |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☐ Indictment   ☐ Information   ☐ Complaint   ☒ Other (specify)

charging a violation of     U.S.C. §  PRETRIAL RELEASE VIOLATION

**DISTRICT OF OFFENSE**
DISTRICT OF DELAWARE - WILMINGTON

**DESCRIPTION OF CHARGES:**

VIOLATION OF SUPERVISED RELEASE

ATTEST: A TRUE COPY
CERTIFIED THIS

FEB 2 2 2006

Luther D. Thomas, Clerk
By: (signature)
Deputy Clerk

**CURRENT BOND STATUS:**
☐ Bail fixed at           and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other    DEFENDANT DETAINED PENDING COMMITMENT TO CHARGING DISTRICT

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   ☐ No   ☒ Yes   Language: SPANISH

**DISTRICT OF**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_2/22/06_       _(signature) Linda J. Walker_
Date                   Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Criminal Action No. 1:05CR00037-002 (JJF) |
| Erica Romero | ) ) ) |
| Defendant | ) |

### Petition for Action on Conditions of Pretrial Release

COMES NOW ANGELICA LOPEZ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Erica Romero who was placed under pretrial release supervision by the Honorable Mary Pat Thynge sitting in the court at Delaware, on the 17th day of August, 2005 under the following conditions:

(7)(a) Report to the Pretrial Services office as directed by that agency, (e) maintain or actively seek employment, (g) surrender any passport to Clerk of the District Court, (h) obtain no passport, (l) abide by the following restrictions on personal association, place of abode, or travel: No travel outside the state of New Jersey unless authorized by Pretrial Services, (n) refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C., Section 802, unless prescribed by a licensed medical practitioner, (q) submit to any method of testing required by the pretrial services office or the supervision officer for determining whether the defendant is using a prohibited substance, (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

Condition 7 (a): The defendant shall report to Pretrial Services as required by that agency.
Evidence A: Ms. Romero failed to report for scheduled office visits on April 26, 2005, May 11, 2005, June 1, 2005, June 22, 2005, June 27, 2005, June 29, 2005, July 20, 2005, July 22, 2005, August 5, 2005, August 8, 2005, and August 12, 2005.
Condition 7q: Submit to any method of drug testing.
Evidence A: Ms. Romero tested positive for marijuana and cocaine on the following dates: June 20, 2005, May 4, 2005, and June 2, 2005.

PRAYING THAT THE COURT WILL ORDER... a warrant for the arrest of Erica Romero, so she may be brought before the Court for a hearing on the alleged violations of her pretrial release conditions.

ORDER OF COURT

So ordered this _22_ day of _August_, 2005.

_____
U.S. District Court Judge

I declare under penalty of perjury the foregoing is true and correct,

_____
U. S. Pretrial Services Officer

Executed on    August 17, 2005

Place    Wilmington, Delaware