IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA         )
                                 )
          Plaintiff,             )
v.                               )    Criminal Action No. 05-37-JJF
                                 )
                                 )
ERICA ROMERO                     )
                                 )
                                 )
          Defendant.             )

F I L E D

MAR 2 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER OF BAIL REVOCATION

WHEREAS, the defendant has been charged with a violation of federal criminal law, arrested and released on bail, to which certain conditions of release have been ascribed as outlined in the Petition for Action on Conditions of Pretrial Release ; and

WHEREAS, there was probable cause to believe that the defendant had violated the conditions of his release and, therefore, a hearing was held on March 17, 2006 to determine if the conditions had been violated; and

WHEREAS, the defendant appeared before the Court on March 17, 2006 with counsel, with whom the defendant had conferred prior to the hearing, and

WHEREAS, after hearing all the evidence the Court found the evidence was clear and convincing that the defendant had violated the terms of his release and that the defendant is unlikely to abide by any conditions or combinations of conditions of release in the future.

IT IS HEREBY ORDERED this **20th** day of **March**, that bail and all conditions of release be revoked pursuant to 18 U.S.C. §3148 and that the defendant be detained

and placed in the custody of the U.S. Marshals Service pending the trial of the defendant for the violations with which the defendant has been charged.

_____
UNITED STATES MAGISTRATE-JUDGE