*filed in open Court on 7/13/06 03*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Criminal Action No. 05-37-JJF |
| | : | |
| ERICA ROMERO, | : | |
| | : | |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United

States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States

Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Count

Three of the Indictment, as to this defendant, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: _____

Beth Moskow-Schnoll
Assistant United States Attorney

Dated: July 13, 2006

**IT IS SO ORDERED** this 13 day of July, 2006.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge



F I L E D

JUN 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE