| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:05CR00037-002 (JJF) |
| REDACTED JAN 1 8 2007 | | DOCKET NUMBER *(Rec. Court)* 06-908 |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Erica Romero | Delaware | Wilmington |
| Elizabeth, NJ 07208 | NAME OF SENTENCING JUDGE | |
| | The Honorable Joseph J. Farnan, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM July 13, 2006 — TO July 12, 2009 |

OFFENSE

Conspiracy to Pass Counterfeit $100 Federal Reserve Notes

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/29/06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/6/06
Effective Date

United States District Judge