# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH
CLERK

CAMDEN OFFICE
MITCHELL H. COHEN US
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

REPLY TO: NEWARK

January 17, 2007

Re: U.S.A. -v- Erica Romero
N.J. Cr. # 06cr908

Dear Clerk,

In compliance with the Transfer of Jurisdiction Order (Prob. 22 Form), enclosed please forward certified copies of the following documents:

1. Indictment/Information/Complaint
2. Judgment
3. Docket Sheet
4. Probation Transfer Order

Very truly yours,
WILLIAM T. WALSH, Clerk

By: _____ LORETTA MCCALL
Deputy Clerk

enclo.
cc: U.S. Probation
    file