OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
Clerk

LOCKBOX 18
844 KING STREET
WILMINGTON, DE 19801
(302) 573-6170

March 12, 2007

Clerk of Court
U.S. District Court
District of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
P.O. Box# 419
Newark, NJ 07101

RECEIVED
3.15.07
AT 8:30_____M
WILLIAM T. WALSH, CLERK
LORETTA MCCALL

    RE: UNITED STATES v. Erica Romero
        <u>Transfer of Jurisdiction</u>
    <u>DIST. OF DELAWARE CASE NO.</u> CR 05-37-2-JJF

Dear Clerk:

    Pursuant to the Transfer of Jurisdiction Order (copy attached) regarding the above captioned defendant, please find enclosed certified copies of the following: 1.) Indictment, 2.) Judgment and 3.) Docket Sheets.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to this office.

    Thank you for your attention regarding this matter.

FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

PETER T. DALLEO
CLERK OF COURT

BY: _____
    Deputy Clerk

/kjk
enclosures

I hereby acknowledge receipt of the record in the above captioned

_____   (date)
    Signature and Title

cc: U.S. Probation Office (Delaware)